UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Dillon Browning

    v.                                                    Case No. 24-cv-269-JL-AJ

USA



ORDER

    No objection having been filed, I herewith approve the Endorsed

Report and Recommendation of Magistrate Judge Andrea K. Johnstone

dated June 12, 2026.  "'[O]nly those issues fairly raised by the

objections to the magistrate's report are subject to review in the

district court and those not preserved by such objection are precluded

on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d

554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health &

Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United

States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper

notice, failure to file a specific objection to magistrate's report

will waive the right to appeal).

_____
Joseph N. Laplante
United States District Judge


Date: July 10, 2026


cc: Dillon Browning, pro se
    Counsel of Record